UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-1164-GW-AGRx | Date | June 27, 2025 |
|---|---|---|---|
| Title | *Melanie Delapaz v. Emma Garcia, et al.* | | |

Present: The Honorable GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS :   IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On June 27, 2025, Plaintiff Melanie Delapaz filed a Notice of Settlement [12]. The Court vacates all currently set dates, with the expectation that a dismissal will be filed within 30 days. The Court sets an order to show re: settlement hearing for July 31, 2025 at 8:30 a.m. The hearing will be vacated provided a notice of dismissal is filed by noon on July 29, 2025.

                                                                                                      :
                                                              Initials of Preparer      JG